IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEONDRICK CLARK**  **PLAINTIFF**
**ADC #108473**

v. CASE NO. 5:19-CV-00176 BSM

**DAVIS, et al.** **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 4] is adopted. The claims against the Jefferson County Sheriff's Department are dismissed with prejudice.

IT IS SO ORDERED this 25th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE