IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEONDRICK CLARK**                                                                 **PLAINTIFF**
**ADC #108473**

v.

Case No. 5:19-cv-00176 BSM

**DAVIS, et al.**                                                                           **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 9] has been received. After careful review of the record, the RD is adopted. Clark's claims against the Doe defendants are dismissed without prejudice.

IT IS SO ORDERED this 30th day of September 2019.

                                                                                                    UNITED STATES DISTRICT JUDGE