IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEONDRICK CLARK**                                                                    **PLAINTIFF**

V.                              NO. 5:19-cv-00176-BSM-ERE

**SHERRICE DAVIS ROBINSON**                                              **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.   Procedure for Filing Objections**

This Recommendation for dismissal has been sent to United States District Judge Brian S. Miller. Any party may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Miller may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, the parties may waive the right to appeal questions of fact.

**II.   Discussion**

Plaintiff Deondrick Clark, an inmate previously incarcerated at the W.C. "Dub" Brassell Detention Center, filed this § 1983 lawsuit *pro se* on May 22, 2019. *Doc. 2*. The Local Rules for the Eastern District of Arkansas require *pro se* plaintiffs to promptly notify the Court of any change in address so that the Court and other

parties can communicate with them. Local Rule 5.5(c)(2). Shortly after this lawsuit was filed, the Court advised Mr. Clark of his obligations under Local Rule 5.5(c)(2). *Doc. 3*.

On August 24, 2021, mail sent to Mr. Clark from the Court was returned as "undeliverable" with a notation that Mr. Clark is "no longer housed @ this facility." *Doc. 26*.

On August 25, 2021 the Court ordered Mr. Clark to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 27*. To date, Mr. Clark has not responded to the Court's August 25 Order. Furthermore, additional mail sent to Mr. Clark has been returned to the Court as "undeliverable." *Doc. 28*.

### III.  Conclusion

The Court recommends that Mr. Clark's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) comply with the August 25 Order to notify the Court of his current address; and (3) prosecute this lawsuit.

DATED this 27th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE