IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEONDRICK CLARK**                                                                               **PLAINTIFF**

v.                          **CASE NO. 5:19-CV-00176-BSM**

**SHERRICE ROBINSON,** *et al.*                                            **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 29] is adopted. Deondrick Clark's claims against defendants are dismissed without prejudice for his failure to comply with Local Rule 5.5(c)(2), his failure to comply with Judge Ervin's order to provide his current address [Doc. No. 27], and his failure to prosecute this lawsuit. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE