IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEONDRICK CLARK**                                                                 **PLAINTIFF**

v.                          **CASE NO. 5:19-CV-00176-BSM**

**SHERRICE ROBINSON,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE